**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWIN MARTIN, ADC #152137                                                              PLAINTIFF

v.                                       No. 5:16CV00084-JLH-JTK

JEFFREY STIEVE, et al.                                                                  DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Motion for Partial Summary Judgment filed by Defendants Stieve and Powell is DENIED in part as to Defendant Stieve. Document #32. Plaintiff's claims against Defendant Stieve were exhausted as to the time period of June 2015, through January 9, 2016.

2. The Motion for Partial Summary Judgment filed by Defendants Stieve and Powell is GRANTED in part, as to Defendant Powell. Document #32. Plaintiff's claims against Defendant Powell are limited to his allegations of denial of pain medication on August 6, 2014, and from August 24, 2014, through September 7, 2014.

IT IS SO ORDERED this 30th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE