**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWIN MARTIN,                                                                                         PLAINTIFF
ADC #152137

v.                                No. 5:16CV00084-JLH-JTK

JEFFREY STIEVE, et al.                                                DEFENDANTS

### **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendant Jonathon Powell (Document #42) is GRANTED, and plaintiff's claims against him are DISMISSED without prejudice for failure to exhaust.

IT IS SO ORDERED this 9th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE